VOORHIS, The SUSAN E. See Case No. 13,-633.

## Case No. 17,002.
### In re VORBECK.
[1 Pac. Law Rep. 100.]

District Court, D. California. Feb. 28, 1871.

#### DISCHARGE OF BANKRUPTS.

[It rests in the sound discretion of the court to discharge a bankrupt, even where his application therefor was made more than a year from the adjudication of bankruptcy.]

[Cited in Re Lowenstein. Case No. 8,573.]

[In the matter of Fritz Vorbeck, a bankrupt.]

HOFFMAN, District Judge (orally). This was an application for a discharge in bankruptcy after the lapse of more than one year after the adjudication of bankruptcy. It is well settled that this may be granted.—that it rests in the sound discretion of the court to

grant it or not, notwithstanding more than one year has elapsed since applicant was declared bankrupt. Debts were proved and assets were realized. The discharge is granted.

Cited in Re Wilmott [Case No. 17,778] N. D. N. Y.; Re Greenfield [Id. 5,775]; Re Martin [Id. 9,153]; and Re Canaday [Id. 2,377]; also, 2 N. B. R. 142.